IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Bonnie L. Ferrero,                      :
                    Petitioner          :
                                        :
        v.                              :       No. 738 C.D. 2016
                                        :
Unemployment Compensation               :
Board of Review,                        :
                    Respondent          :

# **O R D E R**

NOW, January 4, 2017, upon consideration of petitioner's application for reconsideration and respondent's no-answer letter in response thereto, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge